FILED
18-0084
6/19/2018 3:00 PM
tex-25399908
SUPREME COURT OF TEXAS
BLAKE A. HAWTHORNE, CLERK

NO. PB1-0337-2012

| | | |
|---|---|---|
| IN RE: THE ESTATE OF TANNER LLOYD HUNT (DECEASED) | § § § § | IN THE PROBATE COURT OF |
| (CONSOLIDATED ACTION) | § | COLLIN COUNTY, TEXAS |

| | | |
|---|---|---|
| In Ancillary with W. KIRK BAKER, et al., | § § | IN THE PROBATE COURT OF |
| Plaintiffs, | § § | |
| v. | § § | COLLIN COUNTY, TEXAS |
| CRYSTAL JEAN VANAUSDAL, biological parent and natural guardian of T.L.H. and C.J.H., minor children | § § § § § | PROBATE COURT NO. 1 |
| Defendants. | § | |

---

**TRANSFERRED AND CONSOLIDATED TO ABOVE**
**CAUSE NO. DC-15-13383**

| | | |
|---|---|---|
| CRYSTAL JEAN VANAUSDAL, biological parent, natural guardian and next friend of T.L.H and C.J.H., minor children, | § § § § § | IN THE DISTRICT COURT |
| Plaintiff, | § § | 101st JUDICIAL DISTRICT |
| v. | § § | |
| RAY L. HUNT, et al., | § § § | |
| Defendants. | § | DALLAS COUNTY, TEXAS |

**CAUSE NO. DC-17-02095**

| | | |
|---|---|---|
| CRYSTAL JEAN VANAUSDAL, biological parent and natural guardian of T.L.H and C.J.H., minor children, | § § § § | IN THE DISTRICT COURT OF |
| Plaintiff, | § § | |
| v. | § § | DALLAS COUNTY, TEXAS |
| RAY L. HUNT, et al., | § § § | |
| Defendants. | § | 193rd JUDICIAL DISTRICT |

## <u>ORDER GRANTING MOTION FOR PERMANENT SEALING OF COURT RECORDS UNDER RULE 76A</u>

Came on to be heard in this consolidated action the Motion for Permanent Sealing of Court Records Under Rule 76a filed by Ray L. Hunt, R. Gerald Turner, W. Kirk Baker, Hunter Lafayette Hunt, Ashlee Hunt Kleinert and Heather Leigh Hunt, each in their individual capacities, Thomas Meurer, individually and in his capacities as Trustee of Loyal Trust No. 1 and as Advisory Board member of Loyal Trust No. 1, and David Hernandez, individually and in his capacity as Advisory Board member of Loyal Trust No. 1 ("Movants"). The Movants seek to permanently seal a settlement agreement executed in October 2014 by Crystal VanAusdal in her individual capacity and in her capacity as natural parent of T.L.H. and C.J.H., and by W. Kirk Baker in his capacities as Independent Administrator of the Estate of Tanner Lloyd Hunt, Deceased and as Trustee of the Tanner Lloyd Hunt Trust Two (the "Settlement Agreement") and unredacted versions of certain court records further identified below. After consideration of the motion, response, pleadings, evidence and arguments of counsel, the Court finds that the motion shall be and is hereby **GRANTED.**

It is **ORDERED** that the Settlement Agreement shall be permanently sealed unless and until further order of the Court. Unredacted versions of the following court records shall be permanently sealed unless and until further order of the Court:

1. Plaintiff's Third Amended Petition (101st Lawsuit) (August 9, 2017);

2. Plaintiff's Third Amended Petition (193rd Lawsuit) (September 6, 2017);

3. Plaintiff's Original Petition (August 22, 2017);

4. Deposition of Crystal VanAusdal (September 14, 2017);

5. Errata Sheet for Deposition of Crystal VanAusdal (October 10, 2017);

6. Plaintiff's Motion to Disqualify Attorneys Mark McCraw, Bryan Gantt, and Karen Gantt, and in the Alternative, Motion to Show Authority (filed September 21,

2017);

7. Defendants' Response to Plaintiffs' Motion to Disqualify Attorneys Mark McCraw, Bryan Gantt, and Karen Gantt, and in the Alternative Motion to Show Authority (filed September 29, 2017);

8. Defendants' Supplement to Defendants' Response to Plaintiffs' Motion to Disqualify Attorneys Mark McCraw, Bryan Gantt, and Karen Gantt, and in the Alternative, Motion to Show Authority (filed October 16, 2017);

9. Supplement to Motion to Disqualify and Motion to Show Authority (filed October 23, 2017);

10. Transcript of October 2, 2017 Hearing;

11. Transcript of November 2, 2017 Hearing; and

12. The Ratification of Certain Acts of Advisory Board Members of Loyal Trust No. 1 which were admitted in evidence at the November 2, 2017 hearing.

**SO ORDERED** on this **18** day of June, 2018.

_____
**DON R. WINDLE SENIOR JUDGE (ret.)**
**PROBATE COURTS of TEXAS**

APPROVED AS TO FORM:

**McCRAW GANTT, PLLC**
1415 Harroun
McKinney, Texas 75069
972-562-6262, telephone
mark@mccrawgantt.com
karen@mccrawgantt.com
bryan@mccrawgantt.com

*/s/ Mark McCraw*
**Mark McCraw**
State Bar No. 00791219
**Karen Gantt**
State Bar No. 24010076
**Bryan Gantt**
State Bar No. 24007219

ATTORNEYS FOR CRYSTAL JEAN
VANAUSDAL, BIOLOGICAL PARENT,
NATURAL GUARDIAN AND NEXT FRIEND OF
T.L.H AND C.J.H., MINOR CHILDREN


**AKIN GUMP STRAUSS HAUER & FELD LLP**
1700 Pacific Avenue
Dallas, Texas 75201-4675
214-969-2800, telephone
egambrell@akingump.com

*/s/ Eric Gambrell*
**Eric Gambrell**
State Bar No. 00790735

ATTORNEYS FOR RAY L. HUNT, R. GERALD
TURNER, W. KIRK BAKER, HUNTER
LAFAYETTE HUNT, ASHLEE HUNT
KLEINERT, HEATHER LEIGH HUNT,
THOMAS MEURER, INDIVIDUALLY, AS
TRUSTEE OF LOYAL TRUST NO. 1 AND AS
ADVISORY BOARD MEMBER OF LOYAL
TRUST NO. 1, AND DAVID HERNANDEZ,
INDIVIDUALLY AND AS ADVISORY BOARD
MEMBER OF LOYAL TRUST NO. 1